IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:22cr299-MHT |
| | ) | (WO) |
| ROBERT DAMAINE SALTER | ) | |

OPINION AND ORDER

Defendant Robert Damaine Salter moved to suppress evidence obtained pursuant to a federal search warrant executed at his home on June 8, 2023. *See* Def. Mot. to Suppress (Doc. 79). Salter also moved to suppress evidence obtained during a traffic stop and search of his vehicle. *See id*.* This case is before the court on the

---

* In his motion, Salter moved to suppress evidence obtained during a "traffic stop and search of his vehicle," but he failed to provide any date, location, or other identifying information for this alleged search. Def.'s Mot. to Suppress (Doc. 79) at 1. He made no specific allegations of government activity that would warrant suppression, nor did he indicate what evidence was seized. *See id*. At oral argument, defense counsel conceded that there was nothing "that would need to be suppressed in regard to the traffic stop." Transcript at 3, lines 9-10. For this reason, although Salter's motion to suppress evidence obtained from his vehicle is not addressed in the written recommendations of the Magistrate Judge, it is also denied.

recommendation of the United States Magistrate Judge that Salter's motion to suppress be denied.  Also before the court are Salter's objections to the recommendation.  Upon an independent and de novo review of the record, it is ORDERED as follows:

(1) The objections (Doc. 110) are overruled.

(2) The recommendation of the United States Magistrate Judge (Doc. 107) is adopted.

(3) The motion to suppress (Doc. 79) is denied.

DONE, this the 6th day of July, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**