IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:22cr299-MHT |
| | ) | (WO) |
| ROBERT DAMAINE SALTER | ) | |

**ORDER**

Based on the representations made on the record at a status conference on July 20, 2023, and by agreement of the parties, it is ORDERED that:

(1) The motions to file proposed *voir dire* questions out of time (Doc. 117 and Doc. 124) are granted.

(2) Defense counsel is to file a response to the government's notice of intent to use evidence under Rule 404(b) (Doc. 122) by July 20, 2023, at 5:00 p.m.

DONE, this the 20th day of July, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**