IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:22cr299-MHT
                            )            (WO)
ROBERT DAMAINE SALTER       )
```

**ORDER**

For the reasons stated on the record at an *in camera* hearing today, it is ORDERED that defendant Robert Damaine Salter's motion to exclude a juror (Doc. 147) is denied.  The court found no bias.

DONE, this the 2nd day of August, 2023.

                                         /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**