IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )       2:22cr299-MHT
                            )            (WO)
ROBERT DAMAINE SALTER       )
```

ORDER

On August 3, 2023, defendant Robert Damaine Salter was found guilty by a jury, and adjudicated guilty. Sentencing is set for December 5, 2023.

Although he is represented by counsel, the court received from defendant Salter a pro se notice of appeal on November 17, 2023.  Because he has not yet been sentenced and no judgment has been entered, the notice of appeal is premature.

Moreover, the court does not accept pro se filings from defendants who are represented by counsel.

Accordingly, it is ORDERED that the clerk of the court take the following action:

1. Attach a copy of the pro se notice of appeal to this order and forward a copy of the document to defendant

Salter's counsel.

2. Return the original document to defendant Salter with a copy of this order.

DONE, this the 22nd day of November, 2023.

                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**